UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

CLEOTIS L. JOHNSON #252308,

        Plaintiff,                              Case No. 2:19-CV-93

v.                                              HON. GORDON J. QUIST

SHERI NEWCOMB, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a civil rights action brought by state prisoner, Cleotis L. Johnson, pursuant to 42 U.S.C. § 1983. On August 16, 2022, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court (1) grant Defendant's motion for summary judgment with respect to Plaintiff's free exercise of religion claim; (2) deny the motion with respect to Plaintiff's equal protection and retaliation claims; and (3) decline to exercise supplemental jurisdiction over Plaintiff's state law claims. (ECF No. 127.) Neither party filed an objection to the R & R within 14 days. *See* 28 U.S.C. § 636(b). Having reviewed the R & R, the Court will adopt it as the Opinion of the Court.

**Accordingly, IT IS HEREBY ORDERED** that the August 16, 2022, Report and Recommendation (ECF No. 127) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that, for the reasons set forth in the R & R, Defendant's motion for summary judgment (ECF No. 115) is **GRANTED** with respect to Plaintiff's free

exercise of religion claim and **DENIED** with respect to Plaintiff's equal protection and retaliation claims.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Therefore, Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.


Dated: September 6, 2022                              /s/ Gordon J. Quist
                                          _____
                                                    GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE